■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA ROY-HILL, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about August 10, 2004, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Nardelli, Sweeny and Catterson, JJ.